ACCEPTED
03-14-00735-CV
3801026
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/16/2015 2:37:42 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00735-CV

## IN THE THIRD COURT OF APPEALS
### AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/16/2015 2:37:42 PM
JEFFREY D. KYLE
Clerk

### ENTERGY TEXAS, INC., ET AL.,
### Appellants

**v.**

### PUBLIC UTILITY COMMISSION OF TEXAS, ET AL.,
### Appellees.

### UNOPPOSED JOINT MOTION FOR EXTENSION
### OF TIME TO FILE APPELLANTS' BRIEFS

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellants Entergy Texas, Inc. ("ETI"), the Public Utility Commission of Texas, and the Office of Public Utility Counsel ("OPUC"), file this joint motion for extension of time to file their briefs in the above-referenced case. In support of the motion, Appellants show as follows:

This appeal arises out of a suit for judicial review of a final order of the Public Utility Commission of Texas. Three parties have appealed the district court's judgment: ETI, the Public Utility Commission of Texas, and OPUC. Their initial briefs are due on February 11, 2015. Appellants request a thirty-day extension of the deadline to file their brief. Appellants have not previously sought an extension of this deadline. If the Court grants this extension request, Appellants' briefs will be due on March 13, 2015.

Counsel for ETI requires additional time to prepare her brief because counsel has conflicting obligations in other cases:

- First, counsel for ETI in this case also represents ETI in *Entergy Texas, Inc. v. Public Utility Commission,* No. 03-14-00706-CV, pending before this Court. ETI's appellant's brief is due in that case on February 6, 2014.

- Second, counsel for ETI in this case also represents a party that has a motion for rehearing pending before the Texas Supreme Court. The Court has requested a response, which is due February 4, 2015. *See Kachina Pipeline Co., Inc. v. Lillis,* No. 13-0596 (Tex.). A reply will likely be warranted, and will need to be filed as soon as possible after February 4, 2015, considering that the Court may act without waiting for a reply. *See* Tex. R. App. P. 64.3.

Counsel for OPUC requires additional time to prepare her brief because counsel has conflicting obligations in other cases:

- First, counsel for OPUC in this case also represents OPUC in *Entergy Texas, Inc. v. Public Utility Commission,* No. 03-14-00709-CV, pending before this Court. OPUC's appellee's brief is due in that case on February 13, 2014.

- Second, counsel for OPUC in this case also represents OPUC in a pending base rate proceeding before the Public Utility Commission of Texas and the State Office of Administrative Hearings, *Application of Southwestern Public Service Company for Authority to Change Rates,* PUC Docket No. 43695,

SOAH Docket No. 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. Retaining a February 11, 2014 appellant's brief deadline would result in briefing deadlines that fall during the most critical stage of developing and filing OPUC's direct case.

Counsel for the Public Utility Commission of Texas joins in this motion to maintain a single due date for response briefs and avoid the need for each appellee to file multiple briefs in response to appellant briefs filed on different dates.

Appellants are not seeking to extend the deadline for filing their briefs merely for delay, but so that justice may be served. Accordingly, Appellants Entergy Texas, Inc., the Public Utility Commission of Texas, and the Office of Public Utility Counsel respectfully request this Court grant a thirty-day extension of time for filing their briefs. Appellants further seek any other relief to which they may show themselves justly entitled.

Respectfully submitted,


  /s/ Marnie A. McCormick
Marnie A. McCormick
State Bar No. 00794264
mmccormick@dwmrlaw.com
**DUGGINS WREN MANN & ROMERO, LLP**
P. O. Box 1149
Austin, Texas 78767-1149
(512) 744-9300
(512) 744-9399 *fax*

**ATTORNEYS FOR APPELLANT
ENTERGY TEXAS, INC.**

3

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

JON NIERMANN
Division Chief
Environmental Protection Division

 */s/ Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling
Assistant Attorney General
Texas State Bar No. 19171100
elizabeth.sterling@texasattorneygeneral.gov

Environmental Protection Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012
(512) 457-4616 *fax*

**ATTORNEYS FOR THE PUBLIC UTILITY COMMISSION OF TEXAS**


*/s/ Sara J. Ferris*
Tonya Baer
Public Counsel
State Bar No. 24026771
Sara J. Ferris
Senior Assistant Public Counsel
State Bar No. 50511915
sara.ferris@opuc.texas.gov
1701 N. Congress Ave., Ste. 9-180

4

P.O. Box 12397, Capitol Station
Austin, Texas 78711-2397
(512) 936-7500
(512) 936-7525 *fax*

**ATTORNEYS FOR**
**OFFICE OF PUBLIC UTILITY COUNSEL**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel representing Texas Industrial Energy Consumers, State Agencies, and Cities of Anahuac, et al., and they do not oppose this motion.

<span style="display:inline-block; margin-left:4em;">*/s/ Marnie A. McCormick*</span>
<span style="display:inline-block; margin-left:4em;">Marnie A. McCormick</span>

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court, and that a true and correct copy was served on the following lead counsel for all parties via electronic service on the 16th day of January, 2015:

Elizabeth R. B. Sterling
Environmental Protection Division
Office of the Attorney General
P. O. Box 12548 (MC 066)
Austin TX  78711-2548
*Counsel for Appellee Public Utility Commission of Texas*

Rex D. VanMiddlesworth
Benjamin Hallmark
Thompson Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin TX  78701
*Counsel for Intervenor Texas Industrial Energy Consumers*

Katherine H. Farrell
Administrative Law Division
Office of the Attorney General
P. O. Box 12548
Austin TX  78711-2548
*Counsel for Intervenor State Agencies*

Sara Ferris
Office of Public Utility Counsel
1701 N. Congress Ave., Ste. 9-180
P. O. Box 12397
Austin TX  78711-2397
*Counsel for Intervenor Office of Public Utility Counsel*

Daniel J. Lawton
LAWTON LAW FIRM PC
12600 Hill Country Blvd., Ste. R-275
Austin TX  78738
*Counsel for Cities of Anahuac, et al.*

 /s/ Marnie A. McCormick
Marnie A. McCormick